IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

06 JUL 25 PM 2:54

TX EASTERN-MARSHALL

BY_____

| | |
|---|---|
| (1) MOSAID TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> (1) MICRON TECHNOLOGY, INC., <br><br> (2) POWERCHIP SEMICONDUCTOR CORPORATION, AND <br><br> (3) PROMOS TECHNOLOGIES, <br><br> Defendants | Civil Action No. 2-06CV-302 DF <br><br> JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT OF MOSAID TECHNOLOGIES INC.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, MOSAID Technologies, Inc., and files this its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and shows the Court the following:

1. MOSAID Technologies Inc. is an Ontario corporation having its principal place of business at 11 Hines Road, Kanata, Ontario K2K 2X1, Canada.

2. MOSAID Technologies Inc. does not have a parent corporation.

3. No publicly held company owns 10% or more of MOSAID Technologies Inc.

DATED: July 25, 2006                Respectfully submitted,

By: /s/ S. Calvin Capshaw
S. Calvin Capshaw
State Bar No. 03783900
BROWN McCARROLL LLP

1127 Judson Road, Suite 20,
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-Mail: ccapshaw@mailbmc.com

Franklin Jones Jr.
State Bar No. 00000055
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
E-mail: maizieh@millerfirm.com

Otis W. Carroll
State Bar No. 03895700
IRELAND CARROLL AND KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, TX 75711
Telephone: (903) 561-1600
Facsimile: (903) 561-1071
E-mail: nancy@icklaw.com

Henry Bunsow
California State Bar No. 60707
K. T. Cherian
California State Bar No. 133967
Scott Wales
California State Bar No. 179804
HOWREY, LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
E-Mail: bunsowh@howrey.com
E-Mail: cheriank@howrey.com
E-Mail: waless@howrey.com

ATTORNEYS FOR MOSAID TECHNOLOGIES, INC.